IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA DAVIS, ) | 1:08-cv-00525 TAG |
| Plaintiff ) | |
| ) | ORDER GRANTING MOTION TO REMAND THE ACTION TO THE COMMISSIONER OF SOCIAL SECURITY PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, ) | (Doc. 11) |
| ) | |
| Defendant. ) | |

On April 14, 2008, Plaintiff Glenda Davis filed the present action for judicial review of the denial of Social Security benefits. (Doc. 2). On April 17, 2008, the Court issued a Scheduling Order. (Doc. 4). On May 27, 2008, the action was assigned to the United States Magistrate Judge for all purposes following the consent of the parties. (Doc. 10). On September 5, 2008, Defendant Michael J. Astrue, Commissioner of Social Security ("Commissioner") filed a motion to remand the action to the Commissioner pursuant to Sentence Six of 42 U.S.C. § 405(g). (Doc. 11). Plaintiff has not opposed the motion. (See docket, generally).

Sentence Six of 42 U.S.C. § 405(g) authorizes a remand for further action by the Commissioner upon a showing of good cause, before an answer is filed. 42 U.S.C. § 405(g). Good cause is shown where, for example, there are problems including an inaudible or lost tape recording of an administrative hearing. Here, the Commissioner contends that a remand is warranted because towards the end of the administrative hearing, the Administrative Law Judge indicated he would go

1  "off the record" for a few minutes, but the tape recording of the hearing does not include the balance
2  of the hearing and thus is incomplete.  The Court concludes that the Commissioner is unable to
3  prepare a complete administrative record because the tape recording of the administrative hearing is
4  incomplete, and finds that good cause has been shown to warrant a Sentence Six remand under these
5  circumstances.

**ORDER**

Accordingly, the Court makes the following Order:

1. Defendant's Motion to remand the action (Doc. 11) is GRANTED;

2. This action is remanded to the Commissioner of Social Security pursuant to Sentence Six of 42 U.S.C. § 405(g), to allow the Commissioner of Social Security to remand Plaintiff's claim to the Administrative Law Judge to hold a <u>de novo</u> hearing and issue a new decision based upon a complete record; and

3. Plaintiff and Defendant are directed to file Joint Status Reports with this Court, commencing November 3, 2008 and continuing every sixty (60) days thereafter until further order of this Court.  Each Joint Status Report shall summarize the actions of both parties, and the assigned Administrative Law Judge, to cause the case to be completed in a prompt and efficient manner and shall include, without limitation, a description of what actions have been taken and when they were accomplished, and what further actions will be taken and when they will be accomplished.  Failure to comply with this Order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:  **October 14, 2008**                    **/s/ Theresa A. Goldner**
                                                UNITED STATES MAGISTRATE JUDGE

2