IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 1:08-cv-00525 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 26) |

　　　　On February 22, 2012, the Court ordered Plaintiff to show cause why the action should not be dismissed, or in the alternative, to file an opening brief in the action. (Doc. 26). The Court noted that and administrative record was lodged on November 1, 2011, and as a result Plaintiff's opening brief was due in the action by February 6, 2012. *Id.* at 1.

　　　　On March 6, 2012, Defendant filed an amended notice of the filing of the administrative record in paper format, because "[t]he record previously filed in November 2011 omitted exhibits and evidence upon which the findings and decisions complained of are based." (Doc. 27 at 1). Having received the amended administrative record, Plaintiff responded to the Court's order to show cause within the time frame specified on March 7, 2012, asserting she will comply with the deadlines set forth in the Scheduling Order and serve Defendant with a letter brief on or before April 5, 2012. (Doc. 29 at 2).

1

1    Based upon the filing of the amended complaint and the facts set forth by the parties, Plaintiff
2 has not failed to prosecute this action, or to comply with the deadlines set forth in the Court's
3 Scheduling Order.  Accordingly, **IT IS HEREBY ORDERED**: The Order to Show Cause dated
4 March 7, 2012, is **DISCHARGED**.

6 IT IS SO ORDERED.
7 Dated:   **March 12, 2012**                                             /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE

2